[No. 27165-6-II.    Division Two.    April 26, 2002.]

OLIVER M. GLOVER, *Appellant*, v. ACCOUNTS RECEIVABLE, INC., ET AL., *Defendants*, COLUMBIA COLLECTORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-02160-9, Anna M. Laurie, J., entered March 2, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 47407-3-I.    Division One.    April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TONELLI ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09988-3, Brian D. Gain, J., entered August 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47424-3-I.    Division One.    April 29, 2002.]

MARY ELLIS, *Individually and as Guardian, Appellant*, v. JAMES CARRENO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-11667-4, Charles V. Johnson, J. Pro Tem., entered April 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47899-1-I.    Division One.    April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDUL HASSAN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01332-8, Richard J. Thorpe, J., entered December 20, 2000. *Affirmed* by unpublished per curiam opinion.